IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ROBERT LEE PENNY SR.**                                    **PETITIONER**
**ADC #096049**

v.                     **CASE NO. 5:18-CV-00088 BSM**

**BOWIE COUNTY, TEXAS**                                 **RESPONDENT**

## ORDER

The recommended disposition [Doc. No. 5] submitted by United States Magistrate Judge Beth Deere has been received. No objections have been filed. After careful review, the recommended disposition is adopted in its entirety and petitioner Robert Penny's petition for writ of habeas corpus [Doc. No. 1] is dismissed without prejudice. A certificate of appealability will not issue.

IT IS SO ORDERED this 7th day of August 2018.

_____
UNITED STATES DISTRICT JUDGE